UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

XIAORONG WEI,

Plaintiff,

v.

MARK.WAYNE MULLIN, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director U.S. Citizenship and Immigration Services,

Defendants.
--------------------------------------------------------------x

**STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>**

Civil Action No. 26-cv-2417

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
September 29, 2026

LAW OFFICES OF GUANG JUN GAO, ESQ.
*Counsel for Plaintiff*
36-44 Main Street, 3rd Flr.
Flushing, New York 11354

By: */s/ Mike Pan Gao*
Mike Pan Gao, Esq.
(718) 321-1822
contact@lawfirmgao.com

Dated: Brooklyn, New York
September 29, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Geoffrey M. Stannard*
Geoffrey M. Stannard
Assistant U.S. Attorney
(718) 254- 6229
geoffrey.stannard@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/30/2026

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close the case.